1

2

3

4

5                    IN THE UNITED STATES DISTRICT COURT

6                   FOR THE EASTERN DISTRICT OF CALIFORNIA

7

8   CHARLES AUSTIN PARKS,                      1:08-cv-01031 SMS (PC)

9           Plaintiff,                         ORDER TO SUBMIT APPLICATION
                                               TO PROCEED IN FORMA PAUPERIS
10          vs.                                **OR**  PAY FILING FEE WITHIN 45 DAYS

11  R. TAIT, et al.,

12          Defendants.
    _____/

13

14          Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. §

15  1983.  Plaintiff has not paid the $350.00 filing fee, or submitted an application to proceed in forma

16  pauperis pursuant to 28 U.S.C. § 1915.

17          Accordingly, IT IS HEREBY ORDERED that:

18          Within forty-five (45) days of the date of service of this order, plaintiff shall submit the

19  attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay

20  the $350.00 filing fee for this action.  **No requests for extension will be granted without a**

21  **showing of good cause**.  Within sixty (60) days of the date of service of this order, plaintiff shall

22  submit a certified copy of his/her prison trust statement for the six month period immediately

23  preceding the filing of the complaint.

24          **Failure to comply with this order will result in a recommendation that this action be**

25  **dismissed.**

26

27  IT IS SO ORDERED.

28  **Dated:   July 24, 2008**                          /s/ Sandra M. Snyder
                                              UNITED STATES MAGISTRATE JUDGE