# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| CHARLES AUSTIN PARKS, CDCR #K-72151,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>R. TAIT, et al.,<br><br>　　　　Defendants. | CASE NO. 08-1031 MLH (JMA)<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE FIRST AMENDED COMPLAINT** |

On December 29, 2008, the Court sua sponte dismissed Plaintiff's complaint for failure to state a claim under 28 U.S.C. § 1915(e)(2) and granted Plaintiff 45 days in which to submit an amended complaint curing specific deficiencies. On February 11, 2009, Plaintiff filed a motion for an extension of time in which to file his amended complaint.

For good cause shown, the Court grants Plaintiff's motion for extension and orders that Plaintiff's amended complaint is due no later than **March 30, 2009**.

IT IS SO ORDERED.

DATED: February 12, 2009

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　MARILYN L. HUFF, District Judge
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT