UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| CHARLES AUSTIN PARKS,<br>CDCR #K-72151,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>R. TAIT, et al.,<br><br>　　　　　　　　Defendants. | Case No. 08-CV-1031-H (JMA)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO DIRECT UNITED STATES MARSHAL TO RE-ATTEMPT SERVICE ON DEFENDANT LVN MORENO**<br><br>**[Doc. 25]** |

On August 14, 2009, Plaintiff Charles Austin Parks filed a motion requesting that the Court direct the United States Marshal to re-attempt service upon Defendant LVN Moreno [Doc. 25]. Plaintiff requests that the California Department of Corrections and Rehabilitation ("CDCR") be required to provide the Marshal with information concerning Moreno's last known address. On August 24, 2009, the Deputy Attorney General assigned to this case filed a statement of non-opposition to Plaintiff's motion on behalf of the defendants who have already appeared in this action [Doc. 26].

The Court accordingly **GRANTS** Plaintiff's motion and **ORDERS** the Deputy Attorney General assigned to this case to obtain Moreno's last known address from the CDCR and provide this information to the U.S. Marshal in a *confidential memorandum*

indicating that the summons and complaint is to be delivered to the address specified therein.  The Deputy Attorney General shall provide the U.S. Marshal with any such information on or before **September 4, 2009.**

Within fourteen (14) days of receipt of any available address from the Deputy Attorney General, the Court **ORDERS** the U.S. Marshal to serve a copy of Plaintiff's First Amended Complaint and summons upon Defendant Moreno.  All costs of service shall be advanced by the United States pursuant to the Court's April 7, 2009 Order directing service pursuant to 28 U.S.C. § 1915(d) and Fed. R. Civ. P. 4(c)(3) [Doc. 16].

**IT IS FURTHER ORDERED** that the Clerk of the Court provide a copy of: (1) the Court's April 17, 2009 Service Order [Doc. 16]; (2) this Order; (3) the First Amended Complaint, summons and a blank U.S. Marshal Form 285 to the Deputy Attorney General for the purpose of re-attempting service as to Defendant Moreno.  However, both the Deputy Attorney General and the Office of the U.S. Marshal are **ORDERED** to keep the address provided for Defendant Moreno strictly confidential.  Thus, the address *shall not* appear on any U.S. Marshal Form 285, *shall not* be provided to Plaintiff, and *shall not* be made part of the Court's record.

Finally, if the Deputy Attorney General is not able to locate an address for Defendant Moreno, she shall file a Declaration with the Court to that effect by no later than **September 4, 2009**.

**IT IS SO ORDERED.**

DATED:  August 24, 2009

                                                Jan M. Adler
                                                U.S. Magistrate Judge