UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| CHARLES AUSTIN PARKS,<br>CDCR #K-72151,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>R. TAIT, et al.,<br><br>　　　　　　　Defendants. | Case No. 08-CV-1031-H (JMA)<br><br>**ORDER REGARDING PLAINTIFF'S MOTIONS TO COMPEL** |

On January 29, 2010, Plaintiff Charles Austin Parks ("Plaintiff") filed a motion to compel responses to interrogatories [Doc. 52]. On February 17, 2010, Plaintiff filed a motion to compel production of unredacted documents [Doc. 53].

**IT IS HEREBY ORDERED** that Defendants' oppositions to the above motions shall be filed by no later than March 10, 2010. No reply briefs are permitted.

**IT IS SO ORDERED.**

DATED: February 23, 2010

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Jan M. Adler
　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge