1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT
9          EASTERN DISTRICT OF CALIFORNIA
10               FRESNO DIVISION
11

12   CHARLES AUSTIN PARKS,          )   Case No. 08-CV-1031-H (JMA)
     CDCR #K-72151,                 )
13                                  )   **ORDER REGARDING PLAINTIFF'S**
                     Plaintiff,     )   **MOTIONS TO COMPEL**
14                                  )
     v.                             )
15                                  )
     R. TAIT, et al.,               )
16                                  )
                     Defendants.    )
17                                  )
     ───────────────────────────────)
18

19         On January 29, 2010, Plaintiff Charles Austin Parks ("Plaintiff") filed a motion to

20   compel responses to interrogatories [Doc. 52].  On February 17, 2010, Plaintiff filed a

21   motion to compel production of unredacted documents [Doc. 53].

22         **IT IS HEREBY ORDERED** that Defendants' oppositions to the above motions

23   shall be filed by no later than <u>March 10, 2010</u>.  No reply briefs are permitted.

24         **IT IS SO ORDERED.**

25   DATED:  February 23, 2010

26                                   _____
27                                   Jan M. Adler
                                     U.S. Magistrate Judge
28