# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES AUSTIN PARKS, CDCR #K-72151,<br><br>                               Plaintiff,<br>   vs.<br>R. TAIT, et al.,<br><br>                             Defendants. | CASE NO. 08-CV-1031-H (JMA)<br><br>**SCHEDULING ORDER** |

On October 9, 2009, the Court issued a scheduling order setting discovery cutoff date for January 15, 2010, and directing parties to file all motions, other than motions to amend or join parties, or motions in limine, so that they may be heard on or before March 15, 2010. (Doc. No. 32.)  The Court granted Plaintiff's motion to extend the discovery cutoff deadline to February 16, 2010.  (Doc. No. 51.)  Accordingly, the Court extends the deadline for parties to file all motions and orders as follows:

    (1)    All motions, other than motions to amend or join parties, or motions in limine, must be filed so that they may be heard on or before **May 10, 2010**;

    (2)    Parties shall serve on each other and file their Memoranda of Contentions of Fact and Law on or before **June 1, 2010**.  On or before this date, the parties must also comply with the pretrial disclosure requirements of Fed. R. Civ. P. 26(a)(3);

    (3)    Parties shall confer concerning the contents of the pretrial order on or before

1       **June 4, 2010**;

2   (4)  The proposed Final Pretrial Conference order, including written objections, if any, to any party's Fed. R. Civ. P. 26(a)(3) pretrial disclosures, shall be prepared, served, and lodged with the Clerk's Office on or before **June 14, 2010**;

6   (5)  The final Pretrial Conference is scheduled on the calendar of the Honorable Marilyn L. Huff on **June 21, 2010 at 10:30 a.m.**  Attorney General's Office shall arrange for Plaintiff to participate telephonically in the final Pretrial Conference.

10   The Court cautions the parties that the dates and times set in this Order will not be modified except for good cause shown.

12   **IT IS SO ORDERED.**

13 DATED: March 23, 2010

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT