UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| CHARLES AUSTIN PARKS,<br>CDCR #K-72151,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>R. TAIT, et al.,<br><br>　　　　　　　　Defendants. | Case No. 08-CV-1031-H (JMA)<br><br>**ORDER SETTING DEADLINE FOR RESPONSE TO PLAINTIFF'S MOTIONS TO COMPEL** |

On June 15, 2010, Plaintiff Charles Austin Parks filed a motion to compel responses to interrogatories [Doc. 66]. **IT IS HEREBY ORDERED** that Defendants' response to the above motion shall be filed by no later than July 6, 2010. No reply briefs are permitted.

**IT IS SO ORDERED.**

DATED: June 21, 2010

_____
Jan M. Adler
U.S. Magistrate Judge

08cv1031