1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| CHARLES AUSTIN PARKS,<br>CDCR #K-72151,<br><br>                Plaintiff,<br><br>v.<br><br>R. TAIT, et al.,<br><br>                Defendants. | Case No. 08-CV-1031-H (JMA)<br><br>**ORDER GRANTING IN PART<br>DEFENDANTS' MOTION TO MODIFY<br>DISCOVERY AND SCHEDULING<br>ORDER [Doc. 69]** |

Defendants' motion to modify discovery and scheduling order, which seeks to continue the Mandatory Settlement Conference to a date forty-five (45) days after disposition of Defendants' pending motion for partial summary judgment, is **GRANTED IN PART**.  The Mandatory Settlement Conference, currently scheduled for July 22, 2010, is continued to **August 12, 2010** at **10:00 a.m.**  The conference will be held telephonically.  The parties shall submit settlement statements **directly** to Magistrate Judge Adler's chambers no later than **August 5, 2010**.[1]  The parties may either submit

---

[1]Statements under 20 pages in length, including attachments and exhibits, may be delivered directly to chambers (940 Front Street, Room 1165, San Diego, CA 92101), e-mailed to efile_adler@casd.uscourts.gov, or faxed to (619) 702-9939.  Statements exceeding 20 pages in length, including attachments and exhibits, must be delivered directly to chambers.

08cv1031

confidential settlement statements or may exchange their settlement statements.  Each party's settlement statement shall set forth the party's statement of the case, identify controlling legal issues, concisely set out issues of liability and damages, and shall set forth the party's settlement position, including the last offer or demand made by that party, and a separate statement of the offer or demand the party is prepared to make at the settlement conference.  **The settlement conference briefs shall not be filed with the Clerk of the Court.**

Counsel for Defendants shall be responsible for making all arrangements in advance for Plaintiff to appear telephonically, and shall contact Plaintiff at the time of the conference and initiate a joint call to the undersigned's chambers at (619) 557-5585. Counsel for Defendants shall arrange to have a representative of the California Department of Corrections and Rehabilitation on telephone standby at the time of the conference.

**IT IS SO ORDERED.**

DATED:  July 16, 2010

Jan M. Adler
U.S. Magistrate Judge