# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
## Fresno Division

| | |
|---|---|
| CHARLES AUSTIN PARKS, CDCR #K-72151,<br><br>                     Plaintiff,<br><br>vs.<br><br>R. TAIT, et al.,<br><br>                     Defendants. | Civil No.   1:08-cv-01031 MLH (JMA)<br><br>**ORDER DIRECTING PLAINTIFF TO FILE OPPOSITION AND RE-SETTING BRIEFING SCHEDULE REGARDING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>**[Doc. No. 64]** |

      On June 1, 2010, Defendants Tait, Huff, Davis, Flores, Berry and Rendon filed a Motion for Summary Judgment pursuant to FED.R.CIV.P. 56 [Doc. No. 64].

      On June 9, 2010, the Court issued a briefing schedule and provided Plaintiff with notice regarding his obligations to oppose summary judgment pursuant to *Klingele v. Eikenberry*, 849 F.2d 409 (9th Cir. 1988) and *Rand v. Rowland*, 154 F.3d 952, (9th Cir. 1998) (en banc) [Doc. No. 65]. Plaintiff was directed to file and serve his Opposition or Statement of Non-Opposition no later than July 12, 2010; Defendants were directed to Reply by July 19, 2010.

/ / /

1    Plaintiff has failed to comply with the Court's June 9, 2010 Order.  However, he has since filed a Motion to Compel and a Request for Sanctions, which indicate a desire to further prosecute this action and an intention to garner further evidence in support of his claims [Doc. No. 66].

Therefore, because Plaintiff remains incarcerated and is proceeding without counsel, the Court hereby reminds him of his obligation to oppose Defendants' Motion for Summary Judgment and sua sponte extends the time in which he may do so.  *See Rand,* 154 F.3d at 960 (reaffirming requirement that a "pro se prisoner be informed of his or her right to file counter-affidavits or other responsive evidentiary materials and be alerted to the fact that the failure to do so might result in the entry of summary judgment against [him].")

**Conclusion and Order**

Accordingly, the Court hereby DIRECTS Plaintiff to file with the Court and serve upon Defendants an Opposition (including any supporting documents) to their Motion for Summary Judgment [Doc. No. 64] on or before **Thursday, August 12, 2010.**[1]  Defendants' Reply to any Opposition Plaintiff submits must be filed and served no later than **Thursday, August 19, 2010.**  Thereafter, the Court will consider Defendants' Motion for Summary Judgment as submitted on the record.  Unless otherwise ordered, no appearances are required and no oral argument will be heard.  *See* E. D. CAL. CIVLR 230(l).

IT IS SO ORDERED.

Dated:   July 21, 2010

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

---

[1] Correctional officials at California State Prison–Sacramento are hereby directed not to limit the amount of copies necessary for Plaintiff to prepare his Opposition which is "necessary to advance [this] litigation."  CAL. CODE REGS., tit. 15 § 3162(c) (2009).