UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| CHARLES AUSTIN PARKS,<br>CDCR #K-72151,<br><br>                Plaintiff,<br><br>v.<br><br>R. TAIT, et al.,<br><br>                Defendants. | Case No. 08-CV-1031-H (JMA)<br><br>**ORDER REGARDING DEFENDANT'S REQUEST AND AMENDED REQUEST FOR EXTENSION OF TIME [Docs. 74, 75];**<br><br>**AMENDED SCHEDULING ORDER** |

After considering Defendants' request and amended request for extension of time [Docs. 74, 75], and in view of the resetting of the briefing schedule on Defendants' motion for summary judgment [Doc. 71], the Court hereby issues an amended scheduling order as set forth below:

      1.     All expert disclosures required by Fed. R. Civ. P. 26(a)(2) shall be served on all parties on or before **August 9, 2010**. Any contradictory or rebuttal information shall be disclosed on or before **September 7, 2010.** In addition, Fed. R. Civ. P. 26(e)(1) imposes a duty on the parties to supplement the expert disclosures made pursuant to Fed. R. Civ. P. 26(a)(2)(B) by the time that pretrial disclosures are due under Fed. R. Civ. P. 26(a)(3) (discussed below). This disclosure requirement applies to all persons

retained or specially employed to provide expert testimony, <u>or</u> whose duties as an employee of the party regularly involve the giving of expert testimony.

**Please be advised that failure to comply with this section or any other discovery order of the Court may result in the sanctions provided for in Fed. R. Civ. P. 37, including a prohibition on the introduction of experts or other designated matters in evidence.**

2. A Mandatory Settlement Conference shall be conducted on **September 17, 2010** at **10:00 a.m.** by Magistrate Judge Adler. The conference will be held <u>telephonically</u>. The parties shall submit settlement statements **directly** to Magistrate Judge Adler's chambers no later than **September 10, 2010**.[1] The parties may either submit confidential settlement statements or may exchange their settlement statements. Each party's settlement statement shall set forth the party's statement of the case, identify controlling legal issues, concisely set out issues of liability and damages, and shall set forth the party's settlement position, including the last offer or demand made by that party, and a separate statement of the offer or demand the party is prepared to make at the settlement conference. **The settlement conference briefs shall not be filed with the Clerk of the Court.**

Counsel for Defendants shall be responsible for making all arrangements in advance for Plaintiff to appear telephonically, and shall contact Plaintiff at the time of the conference and initiate a joint call to the undersigned's chambers at (619) 557-5585. Counsel for Defendants shall arrange to have a representative of the California Department of Corrections and Rehabilitation on telephone standby at the time of the conference.

3. The parties shall serve on each other and file their Memoranda of Contentions of Fact and Law on or before **September 27, 2010**. On or before this date,

---

[1] Statements under 20 pages in length, including attachments and exhibits, may be delivered directly to chambers (940 Front Street, Room 1165, San Diego, CA 92101), e-mailed to efile_adler@casd.uscourts.gov, or faxed to (619) 702-9939. Statements exceeding 20 pages in length, including attachments and exhibits, must be delivered directly to chambers.

the parties must also comply with the pretrial disclosure requirements of Fed. R. Civ. P. 26(a)(3).

     4.     Parties shall confer concerning the contents of the pretrial order on or before **October 4, 2010**.

     5.     The proposed Final Pretrial Conference order, including written objections, if any, to any party's Fed. R. Civ. P. 26(a)(3) pretrial disclosures, shall be prepared, served, and lodged with the Clerk's Office on or before **October 18, 2010**.  Any objections shall comply with the requirements of Fed. R. Civ. P. 26(a)(3).  **Please be advised that the failure to file written objections to a party's pretrial disclosures may result in the waiver of such objections, with the exception of those made pursuant to Rules 402 (relevance) and 403 (prejudice, confusion or waste of time) of the Federal Rules of Evidence.**

     6.     The final Pretrial Conference is scheduled on the calendar of the Honorable Marilyn L. Huff on **October 25, 2010** at **10:30 a.m.**  Attorney General's Office shall arrange for Plaintiff to participate telephonically in the final Pretrial Conference.

**IT IS SO ORDERED.**

DATED: July 27, 2010

                                             Jan M. Adler
                                             U.S. Magistrate Judge