| | |
|---|---|
| 1 | |
| 2 | |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| CHARLES AUSTIN PARKS, CDCR #K-72151,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>R. TAIT, et al.,<br><br>　　　　　　　　　　　Defendants. | CASE NO. 1:08-CV-1031-H (JMA)<br><br>**ORDER REGARDING PLAINTIFF'S NOTICE OF DISMISSAL** |

On June 1, 2010, Defendants Tait, Huff, Davis, Flores, Berry and Rendon filed a Motion for Summary Judgment pursuant to Fed.R.Civ.P. 56. (Doc. No. 64.) On June 9, 2010, the Court issued a briefing schedule and provided Plaintiff with notice regarding his obligations to oppose summary judgment pursuant to Klingele v. Eikenberry, 849 F.2d 409 (9th Cir. 1988) and Rand v. Rowland, 154 F.3d 952 (9th Cir. 1998) (en banc), directing Plaintiff to file and serve his Opposition or Statement of Non-Opposition no later than July 12, 2010. (Doc. No. 65.) Plaintiff failed to comply with the Court's June 9, 2010 Order. On July 21, 2010, the Court issued an Order reminding Plaintiff of his obligation to oppose Defendants' Motion for Summary Judgment and sua sponte extending the time in which he may do so. (Doc. No. 71.) On July 22, 2010, Plaintiff filed his response in opposition to Defendants'

1 motion for summary judgment. (Doc. No. 72.) On July 22, 2010, Plaintiff also filed a motion
2 for voluntary dismissal of Defendants Flores and Davis, and for dismissal of Defendants Tait
3 and Rendon on "the claim of deliberate indifference only." (Doc. No. 73.) Plaintiff indicates
4 that he wishes to dismiss Defendants Flores and Davis due to "circumvention of the discovery
5 process" by Defendants' counsel, which Plaintiff claims "prevented [him] from filing a proper
6 opposition" to the motion for summary judgment. (Id. at 1.) At the time Plaintiff filed the
7 motion for voluntary dismissal, Plaintiff's motion to compel discovery was pending in this
8 case. (See Doc. No. 66.) The motion has since been decided, and the discovery issue is now
9 resolved. (Doc. No. 76.) Accordingly, the Court reminds Plaintiff of his obligation to oppose
10 Defendants' Motion for Summary Judgment. See Rand, 154 F.3d at 960. Because all
11 discovery issues in the case have been resolved, Plaintiff is directed to file his response in
12 opposition to Defendants Flores and Davis's motion for summary judgment on or before
13 **August 12, 2010**. In the alternative, Plaintiff may file a motion to dismiss Defendants Flores
14 and Davis on or before August 12, 2010.

**IT IS SO ORDERED.**

DATED: July 28, 2010

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT