UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| CHARLES AUSTIN PARKS,<br>CDCR #K-72151,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>R. TAIT, et al.,<br><br>　　　　　　　　Defendants. | Case No. 08-CV-1031-H (JMA)<br><br>**ORDER RESCHEDULING<br>MANDATORY SETTLEMENT<br>CONFERENCE** |

At the request of counsel for Defendants, and upon good cause appearing, **IT IS HEREBY ORDERED** that the Mandatory Settlement Conference, currently scheduled for September 30, 2010, is continued to **October 7, 2010** at **10:30 a.m.**  The conference will be held <u>telephonically</u>.  The parties shall submit settlement statements **directly** to Magistrate Judge Adler's chambers no later than **September 29, 2010**.[1]  The parties may either submit confidential settlement statements or may exchange their settlement statements.  Each party's settlement statement shall set forth the party's statement of

---

[1] Statements under 20 pages in length, including attachments and exhibits, may be delivered directly to chambers (940 Front Street, Room 1165, San Diego, CA 92101), e-mailed to efile_adler@casd.uscourts.gov, or faxed to (619) 702-9939.  Statements exceeding 20 pages in length, including attachments and exhibits, must be delivered directly to chambers.

the case, identify controlling legal issues, concisely set out issues of liability and damages, and shall set forth the party's settlement position, including the last offer or demand made by that party, and a separate statement of the offer or demand the party is prepared to make at the settlement conference. **The settlement conference briefs shall not be filed with the Clerk of the Court.**

Counsel for Defendants shall be responsible for making all arrangements in advance for Plaintiff to appear telephonically, and shall contact Plaintiff at the time of the conference and initiate a joint call to the undersigned's chambers at (619) 557-5585. Counsel for Defendants shall arrange to have a representative of the California Department of Corrections and Rehabilitation on telephone standby at the time of the conference.

**IT IS SO ORDERED.**

DATED: September 22, 2010

Jan M. Adler
U.S. Magistrate Judge