# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
## Fresno Division

| | |
|---|---|
| CHARLES AUSTIN PARKS, CDCR #K-72151,<br><br>Plaintiff,<br><br>vs.<br><br>R. TAIT, et al.,<br><br>Defendants. | Civil No.   1:08-cv-01031 MLH (JMA)<br><br>**ORDER SETTING A STATUS CONFERENCE** |

The Court sets a telephonic status conference to discuss scheduling and Defendants' motion for summary judgment for **October 7, 2010, at 11:00 a.m.**, or immediately following the Mandatory Settlement Conference scheduled before the Magistrate Judge Adler. Counsel for Defendants will be responsible for making arrangements for Plaintiff to appear telephonically, and will initiate a joint call to the District Judge Huff's chambers at (619) 557-6016.

IT IS SO ORDERED.

Dated:   October 6, 2010

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT