UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| CHARLES AUSTIN PARKS,<br>CDCR #K-72151,<br><br>                Plaintiff,<br><br>v.<br><br>R. TAIT, et al.,<br><br>                Defendants. | Case No. 08-CV-1031-H (JMA)<br><br>**ORDER FOLLOWING MANDATORY SETTLEMENT CONFERENCE** |

The Court convened a Mandatory Settlement Conference on October 7, 2010 at 10:30 a.m. The case settled and the terms of the settlement were placed on the record (11:38:00-11:44:00). As discussed, counsel for Defendants shall file a notice with the Court upon the passage and signing of the state budget.

**IT IS SO ORDERED.**

DATED: October 7, 2010

                                                  Jan M. Adler
                                                  U.S. Magistrate Judge