# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
## Fresno Division

| | |
|---|---|
| CHARLES AUSTIN PARKS, CDCR #K-72151,<br><br>Plaintiff,<br><br>vs.<br><br>R. TAIT, et al.,<br><br>Defendants. | Civil No.   1:08-cv-01031 MLH (JMA)<br><br>**ORDER**<br>**(1) CONFIRMING SETTLEMENT;**<br><br>**(2) DENYING AS MOOT ALL PENDING MOTIONS AND VACATING ALL DATES; &**<br><br>**(3) SETTING A STATUS CONFERENCE** |

The Court held a telephonic status conference on October 7, 2010. Charles Austin Parks appeared for the Plaintiff. Jeffrey Steele appeared for Defendants. The parties indicated that they have reached a settlement agreement which resolves the entire case. In light of the settlement agreement, the Court denies all pending motions as moot and vacates all dates in this case. The Court sets a status hearing for February 7, 2011, at 10:30 a.m. The filing of a joint motion for dismissal of this case will remove the status hearing from the Court's calendar.

IT IS SO ORDERED.

Dated:   October 8, 2010

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT