1

2

3

4

5          **UNITED STATES DISTRICT COURT**

6          **EASTERN DISTRICT OF CALIFORNIA**

7                  **Fresno Division**

8

9    CHARLES AUSTIN PARKS,                    Civil No.   1:08-cv-01031 MLH (JMA)
     CDCR #K-72151,
10
                              Plaintiff,
11                                            **ORDER RESETTING A STATUS**
                    vs.                       **CONFERENCE**
12
     R. TAIT, et al.,
13
                              Defendants.
14

15        The Court held a telephonic status conference on October 7, 2010.  At that conference,

16   the parties indicated that they had reached a settlement agreement which resolved the entire

17   case. The Court set a status hearing for February 7, 2011, at 10:30 a.m.  The Court vacates that

18   date and resets the status hearing for **January 27, 2010 at 9:30 a.m.**  The filing of a joint

19   motion for dismissal of this case will remove the status hearing from the Court's calendar.

20        IT IS SO ORDERED.

21   Dated:   January 20, 2011

22                                            _____
                                             MARILYN L. HUFF, District Judge
23                                           UNITED STATES DISTRICT COURT

24

25

26

27

28