# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
## Fresno Division

| | |
|---|---|
| CHARLES AUSTIN PARKS, CDCR #K-72151,<br><br>                    Plaintiff,<br>vs.<br><br>R. TAIT, et al.,<br><br>                    Defendants. | Civil No.   1:08-cv-01031 MLH (JMA)<br><br>**ORDER DIRECTING CLERK TO TERMINATE CASE** |

The Court held a telephonic status hearing on January 27, 2011. Charles Austin Parks appeared for the Plaintiff. Jeffrey Steele appeared for Defendants. At that conference, the parties indicated that the settlement papers and the joint motion to dismiss had been prepared and signed, and the parties were only waiting on the settlement check to be issued, which they expected to be issued in early February. Accordingly, the Court directs the clerk to terminate the case. The Court reserves its right to conduct further status hearings on this matter.

IT IS SO ORDERED.

Dated:   January 27, 2011

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT